NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL DALTON,**
*Appellant,*

v.

**HONDA MOTOR CO., LTD.,**
*Appellee.*

---

2011-1077
(Opposition No. 91173105)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**ORDER**

Michael Dalton moves for a 30-day extension of time to file his brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. Dalton's brief is due no later than February 17, 2011.

FOR THE COURT

JAN 2 5 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael Dalton
     Dyan Finguerra-DuCharme, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2011

**JAN HORBALY
CLERK**